IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. VIDYA S. BANKA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-4656 |
| | : | |
| COLUMBIA BROADCASTING COMPANY | : : | |

**ORDER**

AND NOW, this 30th day of October, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Columbia Broadcasting Company's Motion to Dismiss for Failure to State a Claim Or, in the Alternative, to Place This Matter in Suspense (Document 3) is DENIED.

Defendant shall answer Dr. Banka's Complaint no later than November 14, 2014.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.